Dall. 268, 405.

---

# ALLEGHENY COUNTY.

## June Term, 1792.

### PENNSYLVANIA *v.* ROBERT M'BIRNIE.

ROBERT M'BIRNIE was indicted, together with another man, at a court of Oyer and Terminer for that he " intending to maim *Adam Cotter*, of malice aforethought, and by lying in wait, unlawfully and felonioufly did make an affault on the faid *A. Cotter*, and him did beat, wound, and ill treat, and of malice aforethought, and by lying in wait, did gouge and bruife his right eye,

and bite off his nofe, with intent to disfigure him, againft the ftatute, &c." —   1792.

*Galbraith*, for the ftate, read the act of affembly of 31ft *May*, 1718, making the offence ftated in this in- dictment a felony of death.   1 *St L.* 136. 1 *Hawk. c.* 44.

The cafe was as follows.   *M'Birnie*, with the other perfon indicted, coming out of *Pittfburgh* drunk, over- took *Cotter* on the road.   They were ftrangers to him. *M'Birnie* infulted *Cotter*, knocked him down; *gouged* his eye, and bit a piece out of one of his noftrils, at the point of his nofe.   At the time of the trial, the eye had become quite found, and the nofe was healed up fo as not to appear greatly disfigured.

*Brackenridge*, for the prifoner.   Your verdict muft determine whether for the offence ftated to you, this man fhall fuffer death.   This is a moft aggravated affault and battery, and I know no punifhment fhort of death too great for it.   But the offence proved is not that laid in the indictment.   The intention of the makers of the ftatute is to be regarded; and that is to be collected from the occafion of making it.   The *Coventry act* (as it is called in *England*) from which this part of our act is taken, was made on occafion of a grofs outrage per- petrated on Sir *John Coventry*, in revenge of fome words fpoken by him in the *Houfe* of *Commons*.   That tranf- action, and *Cook's* cafe on the *Coventry act*, is a good defcription of the offence pointed out by our act.   Ma- lice aforethought is to be collected from the circum- ftances, deliberate violence, a weapon likely to kill or maim, &c.   In the cafe in *England*, there was a delibe- rate compaffing, and lying in wait, and the nofe was flit with a weapon, which fhewed defign.   *Cotter's* eye is not " *put out*," nor his nofe " *cut off*," or " *flit* ;" there is only a fmall piece bit off, which will happen in any fcuffle, without a previous purpofe.   Though the of- fence be odious, the ftatute is highly penal.   4 *Bac. abr.* 647—9. *Hume's Eng.* c 65. 4 *Comm.* 107. 6 *St. Tr.* 212. 3 *Bac. abr.* 665  666. 2 *Ld Ray,* 1488.

*Galbraith*, for the ftate, contended that there was malice aforethought, and that it may, on many occafions, be difficult to prove exprefs malice.

PRESIDENT.   In murder, malice is prefumed from the circumftances, and the defendant muft fhew the want of it.   If *M'Birnie*, therefore, inftead of maiming, had killed *Cotter*, it would have been murder, or a kill-

1792.

ing, *with malice aforethought.* But the act of affembly, which makes this maiming a felony of death feems to take much pains to render a previous purpofe an effential ingredient in the crime. The words *of purpofe, with malice aforethought, by lying in wait, and with intent to disfigure,* feem to imply fomething more, than the malice prefumed in murder, and to require exprefs proof of the intent to disfigure previoufly conceived, and infidioufly carried into effect. This cafe is evidently a hafty quarrel, a violent outrage, by a wild young ruffian, frantic with liquor; and I think there are not circumftances fufficiently ftrong, to make it felony.

*4 Comm.* 207.
*1 Hawk.* 176.

No cafe on the *Englifh* ftatute has been cited, nor has any occurred to me, but that of *Cook* and *Woodburn,* for flitting the nofe of Mr. *Crifpie,* whofe face was terribly hacked with a hedge bill. And, from the device of the court to get over the impudent defence of *Cook,* that he did it, with intent not to disfigure, but to kill, we may gather how ftrongly all the circumftances of this crime muft be afcertained.

The jury found him guilty of the trefpafs in affaulting and beating *Adam Cotter,* except as to the contriving and intending to maim and disfigure him of purpofe and of malice aforethought, and by lying in wait, and of that not guilty. Sentence imprifonment.

The other defendant was afterwards tried and acquitted generally.

NOTE.—It would feem that few, if any, other indictments on this act, have exifted in this ftate. For the late *William Bradford,* Efq. (who from his fituation as attorney general, had good opportunity of knowing) while a judge of the Supreme Court, in a memorial written at the requeft of the governor, and prefented to him 3d *December,* 1792,

*Enquiry, &c.*
*p.* 33.

and afterwards publifhed under the title of " An Enquiry how far the punifhment of death is neceffary in *Pennfylvania,*" mentions, that " this act has remained a dead letter in *Pennfylvania.* No perfon has been profecuted under it.".

*3 St. L.* 599.

The act of 22d April, 1794, has changed the punifhment of this offence into confinement at hard labour, and a fine, three fourths of which goes to the party grieved.

*Leach's*
*Crown Law,*
55, 59, 192,
194.

I find there have been many profecutions on the *Coventry* act in *England.* See *William Lee's* cafe, *Barney Carrol's*

cafe, *Tickner's* cafe, and *Mill's* cafe. In *Tickner's* cafe, Juftice *Gould* told the jury, that it was not neceffary, that either the malice aforethought, or the lying in wait, fhould be exprefsly proved to be on purpofe to maim and disfigure. In *Mill's* cafe, *C. Baron Eyre,* faid, a perfon who intends to do this mifchief, and, by *deliberately watching an opportunity,* carries that intention into execution, may be faid to *lie in wait on purpofe.* A particular concealment or lurking place is not neceffary ; if, having formed an intention to maim, he comes unawares behind, and takes a convenient opportunity of deliberately doing the injury, it is a *lying in wait,* though he takes no particular length of time, nor appears to ufe any extraordinary degree of preparation to perpetrate the mifchief.